

# FILED

DISTRICT COURT OF GUAM

SEP 2 7 2005 *9P*

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 03-00103 |
| Plaintiff, | |
| vs. | |
| MCCARTHY OCAYA CARTER, | ORDER |
| Defendant. | |

On September 22, 2005, the Court received a judgment from the United States Court of Appeals for the Ninth Circuit remanding this case in part for a factual finding to determine whether the defendant's consent to a search term in a probationary agreement was voluntary. Consistent with the terms of the judgment, an evidentiary hearing in this case is hereby scheduled for Monday, November 14, 2005 at 10:30 a.m. before the Honorable Robert Clive Jones.[*] Counsel wishing to submit supplemental briefing must do so no later than October 17, 2005.

SO ORDERED this _27_ day of September 2005.

_____
LLOYD D. GEORGE[**]
United States District Judge

---

[*]The Honorable Robert Clive Jones, United States District Judge for the District of Nevada by designation.

[**]The Honorable Lloyd D. George, United States Senior District Judge for the Western District of Washington, sitting by designation