**DISTRICT COURT OF GUAM**

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> McCarthy Ocaya Carter, <br><br> Defendant. | Case No. 1:03-cr-00103 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***USCA Judgment filed September 22, 2005 and Order re Evidentiary Hearing filed September 27, 2005***, on the dates indicated below:

| | |
|---|---|
| *U.S. Attorney's Office* <br> *September 26, 2005 (USCA Judgment)* <br> *September 28, 2005 (Order re Evidentiary Hearing)* | *Howard Trapp* <br> *September 28, 2005 (USCA Judgment)* <br> *September 29, 2005 (Order re Evidentiary Hearing)* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***USCA Judgment filed September 22, 2005 and Order re Evidentiary Hearing filed September 27, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 29, 2005                                            /s/ Marilyn B. Alcon
                                                                                            Deputy Clerk