# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

McCarthy Ocaya Carter,

    Defendant.

**NOTICE**

CASE NUMBER: 1:03-cr-00103

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

## *EVIDENTIARY HEARING*

[ X ] **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910<br>Hon. Robert Clive Jones | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Monday, November 14, 2005 | CONTINUED TO DATE AND TIME<br><br>Friday, November 18, 2005 |
|---|---|---|

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| November 14, 2005 | Virginia T. Kilgore |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

TO:  U.S. Attorney's Office        Howard Trapp
       U.S. Probation Office        U.S. Marshal Service