# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>  vs.<br><br>McCarthy Ocaya Carter,<br><br>   Defendant. | Case No. 1:03-cr-00103<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Hearing filed November 14, 2005*, on the dates indicated below:

*U.S. Attorney's Office Howard Trapp  U.S. Probation Office U.S. Marshals Service*
*November 14, 2005  November 14, 2005 November 14, 2005  November 14, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Hearing filed November 14, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 14, 2005         /s/ Marilyn B. Alcon
                       Deputy Clerk

Case 1:03-cr-00103 Document 48 Filed 11/14/2005 Page 1 of 1