ORIGINAL

AO 89 (Rev. 7/95) Subpoena In a Criminal Case

FILED
DISTRICT COURT OF GUAM
NOV 14 2005
MARY L.M. MORAN
CLERK OF COURT

# United States District Court
### FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>McCARTHY OCAYA CARTER | **SUBPOENA IN A CRIMINAL CASE**<br><br>CASE NUMBER: 03-00103 |

TO: RENE BALBIN
    Guam Probation Officer

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>520 West Soledad Ave.<br>Hagatna, Guam | Fourth Floor, U.S. Courthouse |
| | DATE AND TIME |
| | 11-14-2005 10:30am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mary L. M. Moran | 11-09-2005 |
| (BY) DEPUTY CLERK<br>*Jamie M Phelps* | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Marivic P. David, Assistant U.S. Attorney
Districts of Guam & NMI
Sirena Plaza, Suite 500, 108 Hernan Cortez, Hagatna, Guam (671) 472-7332

This form was electronically produced by Elite Federal Forms, Inc.

AO 89 (Rev. 7/95) Subpoena In a Criminal Case

# PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 11/9/05 | U.S. Dist. Court of Guam (Hagatna) |
| SERVED | 11/10/05 | Superior Court of Guam (Hagatna) |

SERVED ON (PRINT NAME)
Jane Patrick
Guam Hospital Nurse

FEES AND MILEAGE TENDERED TO WITNESS
☐ YES  ☐ NO  AMOUNT $ _____

SERVED BY (PRINT NAME)
Kenneth O. Torres

TITLE
ATF Special Agent

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  11/10/05
            Date

Signature of Server

400 Rte 8 Suite 202 Mongmong, Guam 96910
Address of Server

ADDITIONAL INFORMATION