# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910**

USA,

    Plaintiff,

vs.

McCarthy Ocaya Carter,

    Defendant.

Case No. 1:03-cr-00103

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Amended Notice of Hearing filed November 14, 2005,*** on the dates indicated below:

| *U.S. Attorney's Office* | *Howard Trapp* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *November 15, 2005* | *November 15, 2005* | *November 15, 2005* | *November 15, 2005* |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

 ***Amended Notice of Hearing filed November 14, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 15, 2005

/s/ Virginia T. Kilgore
    Deputy Clerk