FILED
DISTRICT COURT OF GUAM
NOV 17 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>McCARTHY OCAYA CARTER,<br>Defendant. | Criminal Case No. 03-00103<br><br>ORDER |

Due to the scheduling needs of the Court the evidentiary hearing scheduled for November 18, 2005, at 10:00 a.m. is hereby moved to December 13, 2005 at 9:00 a.m. before the Honorable D. Lowell Jensen.

IT IS SO ORDERED this 17th day of November 2005.

ROBERT CLIVE JONES*
UNITED STATES DISTRICT JUDGE

---

*The Honorable Robert Clive Jones, United States District Judge for Nevada, by designation.