Erratum.wpd

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00103 ~~05-00073~~ |
| Plaintiff, ) | **ERRATUM** |
| v. ) | **UNITED STATES' MOTION TO DISMISS INDICTMENT** |
| McCARTHY OCAYA CARTER, ) | |
| Defendant. ) | |

COMES NOW the United States and hereby files with the Court an Erratum to correct the United States' Motion, in the above styled matter, to supplement the text with the language "with prejudice," after the word "dismissed."

RESPECTFULLY submitted this 20th day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney