LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 21 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>McCARTHY OCAYA CARTER, )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 03-00103<br><br>ORDER<br>Re: March 17, 2006<br>United States' Motion to Dismiss<br>Indictment |

The United State's Motion to Dismiss the Indictment in the above cause, filed March 17, 2006, is hereby granted.

SO ORDERED this 21st day of March, 2006.

ALEX R. MUNSON
United States District Judge

**ORIGINAL**

---

*The Honorable Alex R. Munson, United States District Judge for the District of the Northern Mariana Islands, sitting by designation.