LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>McCARTHY OCAYA CARTER,<br><br>Defendant. | CRIMINAL CASE NO. 03-00103<br><br>**ORDER**<br>Re: March 17, 2006<br>United States' Motion to Dismiss<br>Indictment |

Through the United States' Motion to Dismiss the Indictment in the above cause, filed March 17, 2006 and the Erratum, filed on March 20, 2006, and the Court finding good cause for the issuance of the order;

**IT IS SO ORDERED** that the Indictment in the above cause is dismissed with prejudice.

**SO ORDERED** this 3 day of April, 2006.

_____
ROGER T. BENITEZ*
District Court of Guam

**ORIGINAL**

---

*The Honorable Roger T. Benitez, United States Senior District Judge for Southern District of California, by designation.