


# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
www.gud.uscourts.gov
Telephone: (671) 473-9100; Facsimile: (671) 473-9152

**FRANCES M. TYDINGCO-GATEWOOD**
Chief Judge

**JEANNE G. QUINATA**
Clerk of Court

May 14, 2008

Howard Trapp, Esq.
Howard Trapp Incorporated
Suite 200, Saylor Building
139 Chalan Santo Papa
Hagåtña, GU 96910

Re: CR-03-00103-001
United States of America -vs- McCarthy Ocaya Carter

Dear Mr. Trapp:

An Order granting the Motion to Dismiss Indictment was filed on April 3, 2006 in the above-entitled matter.

Therefore, notice is hereby given pursuant to LR 79.1(b) to claim and withdraw all exhibits filed in connection with the above-entitled case within twenty (20) days from the date of this notice. If the foregoing items are not withdrawn within forty (40) days after this date, the Clerk may destroy them or make other disposition as she sees fit. (See LR 79.1(c).)

Thank you for your assistance in this matter.

Sincerely,

/s/ Leilani R. Toves Hernandez
Deputy Clerk