# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MCCARTHY OCAYA CARTER,<br><br>Defendant. | CRIMINAL CASE NO. 03-00103-001<br><br>RECEIPT OF EXHIBITS |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ] Government's     [ ] Defendant's     [ ] Joint

**EXHIBIT NO.**     **DESCRIPTION**

See attached Minute Entries filed 4/15/2004

_____
Signature

EVANGELYN PHELPS
Name

6-10-08
Date

UNITED STATES ATTORNEYS OFFICE
Office/Firm Receiving Exhibits

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
APR 15 2004
MARY L. M. MORAN
CLERK OF COURT

CASE NO. 03-00103   DATE: 04/14/04   TIME: 1:39 p.m.
( ) SEALED   ( ) UNSEALED

HON. JOHN S. UNPINGCO, Chief Judge, Presiding
Court Recorder/Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded - RUN TIME: 1:39:54 - 3:38:36

Law Clerk: K. WALMSLEY

CSO: J. McDonald & J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEFT: MCCARTHY OCAYA CARTER
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.
(If more than one defendant, see attached)

ATTY: HOWARD TRAPP
( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC P. DAVID

AGENT: KEN TORRES, ATF

U.S. PROBATION: CHRIS DUENAS

U.S. MARSHAL: D. PUNZALAN & J. CURRY

INTERPRETER: _____   ( ) SWORN   LANGUAGE: _____
                                ( ) PREVIOUSLY SWORN

PROCEEDINGS:   - MOTION TO SUPPRESS
               - PRETRIAL CONFERENCE

( ) MOTION(s) ARGUED BY   ( ) GOVERNMENT   ( ) DEFENDANT(s)
( ) MOTION(s) ___Granted   ___Denied   ___Withdrawn   ___Under Advisement
( ) ORDER SUBMITTED   ___Approved   ___Disapproved
( ) ORDER to prepared By:_____
( X ) PROCEEDINGS CONTINUED TO: April 15, 2004 at 1:45 P.M.

NOTES:

Mark Patricio was called as a witness and was sworn and examined by the parties and the Court. Parties stipulated to admitting government's exhibit 1 through 9 and defendant's exhibit A, B and C. GRANTED.

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
(  ) DEFENDANT RELEASED ( ) as previously ordered (   ) see Release Conditions-
                                                       next page

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| MCCARTHY OCAYA CARTER | Case Number: CR-03-00103 |

| PRESIDING JUDGE<br>JOHN S. UNPINGCO | PLAINTIFF'S ATTORNEY<br>MARIVIC DAVID | DEFENDANT'S ATTORNEY<br>HOWARD TRAPP |
|---|---|---|
| HEARING DATE (S)<br>APRIL 14, 2004 | COURT RECORDER<br>VIRGINIA T. KILGORE | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 1: **HEARING BEGINS** |
| | | | | | | **MARK PATRICIO, called and sworn** |
| | | | | | | **DX by Ms. David** |
| | 1 | | 4/14/04 | 4/14/04 | | Probation conditions form, Superior Court Case No CF 773-98 |
| | 2 | | 4/14/04 | 4/14/04 | | Photo of door |
| | 4 | | 4/14/04 | 4/14/04 | | Photo of interior of home |
| | 5 | | 4/14/04 | 4/14/04 | | Photo of item #1 |
| | 6 | | 4/14/04 | 4/14/04 | | Photo of item #2 |
| | 7 | | 4/14/04 | 4/14/04 | | Photo of item #3 |
| | 8 | | 4/14/04 | 4/14/04 | | Photo of item #4 |
| | 9 | | 4/14/04 | 4/14/04 | | Photo of item #5 |
| | | | | | | 2:12: End of DX |
| | | | | | | **CX by Mr. Trapp** |
| | 1 | | 4/14/04 | 4/14/04 | | Probation conditions form, Superior Court Case No CF 773-98 |
| | | A | 4/14/04 | 4/14/04 | | Superior Court of Guam Minute Entry, Case No. CF 773-98, CF 318-98 |
| | | B | 4/14/04 | 4/14/04 | | Superior Court of Guam Judgment, Case Nos. CF0318-98, CF0773-98 |
| | | C | 4/14/04 | 4/14/04 | | Superior Court of Guam Stipulation and Order Modifying Conditions of Probation, Case Nos. CF0318-98 and CF0773-98 |
| | | | | | | 2:40:35 End DX by Mr. Trapp |
| | | | | | | 3:01:24 BREAK |
| | | | | | | 3:16:48 **HEARING RESUMES** |
| | | | | | | 3:32:00 Re-DX by Ms. David |
| | 1 | | 4/14/04 | 4/14/04 | | Probation conditions form, Superior Court Case No CF 773-98 |
| | | A | 4/14/04 | 4/14/04 | | Superior Court of Guam Minute Entry, Case No. CF 773-98, CF 318-98 |
| | | | | | | **Re-CX by Mr. Trapp** |
| | | A | 4/14/04 | 4/14/04 | | Superior Court of Guam Minute Entry, Case No. CF 773-98, CF 318-98 |
| | | | | | | **Parties stipulate and Court GRANTS the admission of Government's Exhibits 1 through 9 and Defendant's Exhibits A, B and C.** |
| | | | | | | 3:38:36 End of DX |

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES - GENERAL**

FILED
DISTRICT COURT OF GUAM
APR 15 2004
MARY L. M. MORAN
CLERK OF COURT

CASE NO. 03-00103        DATE: 04/15/04        TIME: 2:11 p.m.
( ) SEALED    ( ) UNSEALED

HON. JOHN S. UNPINGCO, Chief Judge, Presiding
Court Recorder/Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded - RUN TIME: 2:11:45 - 3:41:03

Law Clerk: K. WALMSLEY
CSO: F. Tenorio & J. Lizama

************************APPEARANCES************************

DEFT: **MCCARTHY OCAYA CARTER**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.
(If more than one defendant, see attached)

ATTY: **HOWARD TRAPP**
(X) PRESENT (X) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC P. DAVID

AGENT: KEN TORRES, ATF

U.S. PROBATION: JUDY OCAMPO

U.S. MARSHAL: D. PUNZALAN & V. RAMON

INTERPRETER: _____    ( ) SWORN    LANGUAGE: _____
               ( ) PREVIOUSLY SWORN

**PROCEEDINGS: - MOTION TO SUPPRESS**

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT(s)
(X) MOTION(s) ___Granted ___Denied ___Withdrawn _X_Under Advisement
( ) ORDER SUBMITTED ___Approved ___Disapproved
( ) ORDER to prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The government called the following witnesses: Rene Balbin, Rudy Gaza and Sang To. All witnesses were sworn and examined by the parties and the Court.

The parties stipulated to admitting the government's exhibits 10 through 11, 12A and 13 through 15. GRANTED. Defense counsel moved to admit exhibit K. No objection, GRANTED. Parties moved to submit on their briefs. GRANTED.

(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
                                                          next page

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| v. MCCARTHY OCAYA CARTER | Case Number: CR-03-00103 |

| PRESIDING JUDGE<br>JOHN S. UNPINGCO | PLAINTIFF'S ATTORNEY<br>MARIVIC DAVID | DEFENDANT'S ATTORNEY<br>HOWARD TRAPP |
|---|---|---|
| HEARING DATE (S)<br>APRIL 15, 2004 | COURT RECORDER<br>VIRGINIA T. KILGORE | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 1: HEARING BEGINS |
| | | | | | | Parties stipulate and Court GRANTS the admission of Government's Exhibits 10, 11, 12A 13 through 15 and Defendant's Exhibit K. |
| | | | | | | RENE BALBIN, called and sworn |
| | | | | | | DX by Ms. David |
| | 1 | | 4/15/04 | 4/15/04 | 4/14/04 | Probation conditions form, Superior Court Case No CF 773-98 |
| | | | | | | 2:19:07 End of DX |
| | | | | | | CX by Mr. Trapp |
| | 1 | | 4/15/04 | 4/15/04 | 4/14/04 | Probation conditions form, Superior Court Case No CF 773-98 |
| | | K | 4/15/04 | 4/15/04 | 4/15/04 | Superior Court of Guam Plea Agreement, Case No. CF 318-98, CF 773-98 |
| | | | | | | End CX by Mr. Trapp |
| | | | | | | 2:31:09 Re-DX by Ms. David |
| | | K | 4/15/04 | 4/15/04 | 4/15/04 | Probation conditions form, Superior Court Case No CF 773-98 |
| | 1 | | 4/15/04 | | 4/14/04 | Probation conditions form, Superior Court Case No. CF 773-988 |
| | | | | | | 2:34:08 End of Re-DX by Ms. David |
| | | | | | | Court examines the witness (TIME 2:34:20) |
| | | | | | | 2:39:13 Re-CX by Mr. Trapp |
| | | | | | | RODOLFO GAZA, called and sworn |
| | | | | | | 2:40:10 DX by Ms. David |
| | | | | | | 2:49:21 CX by Mr. Trapp |
| | | | | | | SANG TO, called and sworn |
| | | | | | | 2:50:08 DX by Ms. David |
| | 10 | | 4/15/04 | 4/15/04 | 4/15/04 | GPD waiver of rights form |
| | 12a | | 4/15/04 | 4/15/04 | 4/15/04 | Consent to search form |
| | 11 | | 4/15/04 | 4/15/04 | 4/15/04 | GPD statement form |
| | | | | | | 3:01:48 End DX by Ms. David |
| | | | | | | CX by Mr. Trapp |
| | 12a | | 4/15/04 | 4/15/04 | 4/15/04 | Consent to search form |
| | | | | | | End of CX by Mr. Trapp |
| | | | | | | 3:17:54 Re-DX by Ms. David |
| | | | | | | Re-CX by Mr. Trapp |
| | | | | | | 3:23:05 End of DX |

Page -1-